**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02283-LTB

ANDREW WOLTERS,

     Plaintiff,

v.

BOULDER COUNTY DISTRICT ATTORNEY,

     Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Plaintiff's Motion to Dismiss (ECF No. 20) filed January 7, 2016, is DENIED as moot because the instant action was dismissed by order filed earlier on January 7, 2016.

Dated:   January 8, 2016